# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Alonzo Workman,<br>    Darlene Workman,<br><br>                Debtors. | Case No. 22-12357-pmm<br><br>Chapter 13 |

**Suggestion of Death**

To the Clerk of Court:

I regret to inform you that Joint Debtor Darlene Workman died on January 13, 2024.

Date: February 11, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com