**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>    Alonzo Workman,<br>    Darlene Workman,<br><br>                  Debtor. | Case No. 22-12357-pmm<br><br>Chapter 13 |

**Order Granting Debtors' Motion to Approve Next Friend and**
**Waive Financial Management Course Requirement**

**AND NOW**, upon consideration of the Debtors' Motion to Approve Next Friend and Waive Financial Management Course Requirement, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. Victoria Workman is **APPROVED** as next friend for Joint Debtor Darlene Workman in this case.

3. Victoria Workman has the authority to take all actions required by the Joint Debtor under the Bankruptcy Code during the pendency of the case, including and not limited to testifying on behalf of the Joint Debtor at the meeting of creditors.

4. The Joint Debtor's obligation to complete a pre-discharge financial management course is **WAIVED**.

5. This order is effective January 13, 2024.

Date:

                                                      Patrica M. Mayer
                                                      U.S. Bankruptcy Judge