United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-12357-pmm
Alonzo Workman  Chapter 7
Darlene Workman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Feb 13, 2024      Form ID: 309A      Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alonzo Workman, Darlene Workman, 5729 Springfield Avenue, Philadelphia, PA 19143-5225 |
| aty | + | MICHAEL I. ASSAD, Cibik Law, P.C., 1500 Walnut St, Ste 900, Philadelphia, PA 19102-3518 |
| 14719499 | + | Centers for Medicare & Medicaid Services, 7500 Security Blvd., Baltimore, MD 21244-1849 |
| 14719500 | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14719505 | + | Edgepark, 1810 Summit Commerce Park, Twinsburg, OH 44087-2377 |
| 14719510 | | Hon. Merrick B. Garland, U.S. Department of Justice (HHS), 950 Pennsylvania Avenue, NW, Washington, DC 20503-0001 |
| 14719513 | + | Jennifer Arbittier Williams, U.S. Attorney's Office (HHS), 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4404 |
| 14719514 | + | Novitas Solutions, PO Box 3385, Mechanicsburg, PA 17055-1840 |
| 14719516 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14719520 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14719525 | + | U.S. Dep't of Health and Human Services, General Counsel, 200 Independence Avenue, S.W., Washington, DC 20201-0004 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: help@cibiklaw.com | Feb 14 2024 00:22:00 | MICHAEL A. CIBIK, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102 |
| tr | + | EDI: QLEFELDMAN.COM | Feb 14 2024 05:21:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Feb 14 2024 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Feb 14 2024 05:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 14 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Feb 14 2024 00:23:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14719497 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 14 2024 00:22:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14719501 | | Email/Text: megan.harper@phila.gov | Feb 14 2024 00:23:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14739648 | | Email/Text: megan.harper@phila.gov | Feb 14 2024 00:23:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy |

| Recipient ID | Code | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14719498 | + | EDI: CAPITALONE.COM | Feb 14 2024 05:21:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14723089 | + | EDI: AIS.COM | Feb 14 2024 05:21:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14732639 | + | EDI: AIS.COM | Feb 14 2024 05:21:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14719502 | + | Email/Text: bankruptcy@philapark.org | Feb 14 2024 00:23:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14719503 | + | EDI: WFNNB.COM | Feb 14 2024 05:21:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14719504 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 14 2024 00:36:14 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14719506 | | Email/Text: bankruptcycourts@equifax.com | Feb 14 2024 00:23:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14719507 | ^ | MEBN | Feb 14 2024 00:19:55 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14719508 | + | EDI: BLUESTEM | Feb 14 2024 05:21:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14719509 | + | EDI: AMINFOFP.COM | Feb 14 2024 05:21:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14729604 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 14 2024 00:23:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 14719511 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 14 2024 00:23:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 14719512 | | EDI: IRS.COM | Feb 14 2024 05:21:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14727454 | | EDI: JEFFERSONCAP.COM | Feb 14 2024 05:21:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 14721474 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2024 00:36:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14719515 | + | EDI: AGFINANCE.COM | Feb 14 2024 05:21:00 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14730238 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 14 2024 00:23:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14719518 | ^ | MEBN | Feb 14 2024 00:20:12 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14734075 | | EDI: PRA.COM | Feb 14 2024 05:21:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14719517 | | Email/Text: bankruptcygroup@peco-energy.com | Feb 14 2024 00:23:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14719519 | + | Email/Text: bankruptcy@philapark.org | Feb 14 2024 00:23:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14728141 | + | EDI: JEFFERSONCAP.COM | Feb 14 2024 05:21:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14734606 | | EDI: Q3G.COM | Feb 14 2024 05:21:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14730606 | | EDI: Q3G.COM | Feb 14 2024 05:21:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 13, 2024 | Form ID: 309A | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | Kirkland, WA 98083-0788 |
| 14719522 | | Email/Text: bankruptcy@springoakscapital.com | Feb 14 2024 00:22:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 14719521 | + | Email/Text: ssa.bankruptcy@ssa.gov | Feb 14 2024 00:23:00 | Social Security Administration, 300 Spring Garden Street, Philadelphia, PA 19123-2924 |
| 14736276 | | Email/Text: bankruptcy@springoakscapital.com | Feb 14 2024 00:22:00 | Spring Oaks Capital SPV, LLC., P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 14719523 | + | EDI: SYNC | Feb 14 2024 05:21:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14719524 | | Email/Text: DASPUBREC@transunion.com | Feb 14 2024 00:22:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14719526 | ^ | MEBN | Feb 14 2024 00:20:02 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34N, Suite 305, Wall, NJ 07719-9146 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2024        Signature:        /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Alonzo Workman<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–2246<br>__–_____ |
| Debtor 2:<br>(Spouse, if filing) | Darlene Workman<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–2128<br>__–_____ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed in chapter: | 13   9/7/22 |
| Case number: | 22-12357-pmm | Date case converted to chapter: | 7   2/12/24 |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20
**\*\*Debtor's Photo ID & Social Security Card must be presented to the Trustee prior to the 341 meeting.\*\***

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Alonzo Workman | Darlene Workman |
| 2. | **All other names used in the last 8 years** | | aka Darlene Shaw |
| 3. | **Address** | 5729 Springfield Avenue<br>Philadelphia, PA 19143 | 5729 Springfield Avenue<br>Philadelphia, PA 19143 |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Contact phone 215-735-1060<br><br>Email: help@cibiklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | LYNN E. FELDMAN<br>Lynn E. Feldman, Trustee<br>2310 Walbert Ave<br>Ste 103<br>Allentown, PA 18104 | Contact phone 610-530-9285<br><br>Email: trustee.feldman@rcn.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 2/13/24 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 13, 2024 at 12:10 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 635–2246, Enter Meeting ID 338 913 1039, and Passcode 3443449121**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/13/24** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**