**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                          :          CHAPTER 13

    ALONZO WORKMAN AND               :
    DARLENE WORKMAN                  :

        Debtors              :          BANKRUPTCY NO.   22-12357PMM

**PRAECIPE TO WITHDRAW**
**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

      Please withdraw Chapter 13 Trustee's Final Report and Account as this was FILED IN ERROR.

                            Respectfully submitted,

                            /s/ KENNETH E. WEST

2/16/24                                      _____
                            Kenneth E. West, Esquire
                            Chapter 13 Standing Trustee
                            P.O. Box 40837
                            Philadelphia, PA  19107
                            Phone: 215-627-1377