**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br>ALONZO WORKMAN<br>DARLENE WORKMAN<br>Debtor(s) | Case No. 22-12357-PMM |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Kenneth E. West, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/07/2022, and was converted to chapter 13 on 02/12/2024.

2) The plan was confirmed on 01/10/2023.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 01/17/2024.

6) Number of months from filing or conversion to last payment: -1.

7) Number of months case was pending: 0.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $32,704.14.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $11,670.00 |
| Less amount refunded to debtor | $693.00 |
| **NET RECEIPTS:** | **$10,977.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,725.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $995.20 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,720.20** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ASPIRE CREDIT CARD | Unsecured | 695.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | NA | 331.56 | 331.56 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | NA | 1,902.11 | 1,902.11 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | NA | 610.21 | 610.21 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | NA | 681.42 | 681.42 | 0.00 | 0.00 |
| CENTERS FOR MEDICARE & MEDICA | Priority | 2,661.34 | NA | NA | 0.00 | 0.00 |
| CITY OF PHILA | Secured | NA | 255.16 | 255.16 | 41.72 | 0.00 |
| CREDIT ONE BANK | Unsecured | 723.00 | NA | NA | 0.00 | 0.00 |
| EDGEPARK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 1,034.00 | NA | NA | 0.00 | 0.00 |
| HYUNDAI CAPITAL AMERICA | Secured | NA | 31,801.86 | 38,008.21 | 6,215.08 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 1,068.44 | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 428.80 | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 144.45 | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 508.02 | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 923.09 | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 1,016.62 | 1,016.62 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 888.72 | 888.72 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 891.90 | 891.90 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 492.29 | 492.29 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 723.73 | 723.73 | 0.00 | 0.00 |
| ONEMAIN FINANCIAL GROUP, LLC | Unsecured | NA | 15,135.12 | 15,135.12 | 0.00 | 0.00 |
| ONEMAIN FINANCIAL GROUP, LLC | Secured | NA | 16,525.00 | NA | 0.00 | 0.00 |
| PECO ENERGY COMPANY | Unsecured | NA | 735.45 | 735.45 | 0.00 | 0.00 |
| PGW | Unsecured | NA | 1,546.86 | 1,546.86 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 695.71 | 695.71 | 0.00 | 0.00 |
| PREMIER BANKCARD, LLC. | Unsecured | NA | 826.69 | 826.69 | 0.00 | 0.00 |
| PREMIER BANKCARD, LLC. | Unsecured | NA | 955.28 | 955.28 | 0.00 | 0.00 |
| PREMIER BANKCARD, LLC. | Unsecured | NA | 1,175.43 | 1,175.43 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 801.11 | 801.11 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 973.09 | 973.09 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SPRING OAKS CAPITAL SPV LLC | Unsecured | NA | 617.85 | 617.85 | 0.00 | 0.00 |
| SPRING OAKS CAPITAL SPV LLC | Unsecured | NA | 628.72 | 628.72 | 0.00 | 0.00 |
| SPRING OAKS CAPITAL SPV LLC | Unsecured | NA | 625.74 | 625.74 | 0.00 | 0.00 |
| SPRING OAKS CAPITAL SPV LLC | Unsecured | NA | 1,092.85 | 1,092.85 | 0.00 | 0.00 |
| VELOCITY INVESTMENTS, INC | Unsecured | 1,611.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $38,008.21 | $6,215.08 | $0.00 |
| All Other Secured | $255.16 | $41.72 | $0.00 |
| **TOTAL SECURED:** | **$38,263.37** | **$6,256.80** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$33,348.46** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,720.20 |
| Disbursements to Creditors | $6,256.80 |
| **TOTAL DISBURSEMENTS:** | **$10,977.00** |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/16/2024         By: /s/ Kenneth E. West
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**