**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| ALONZO WORKMAN AND | : | |
| DARLENE WORKMAN | : | |
| Debtors | : | BANKRUPTCY NO.  22-12357PMM |

**PRAECIPE TO WITHDRAW**
**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Please withdraw Chapter 13 Trustee's Final Report and Account as this was FILED IN ERROR. (DOCKET  NO 44)

Respectfully submitted,

/s/ KENNETH E. WEST

2/16/24

_____

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA  19107
Phone: 215-627-1377