IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| **Alonzo and Darlene Workman,** | : | |
| Debtors. | : | Case No. 22-12357 (PMM) |

## ORDER DENYING MOTION IN PART AND GRANTING MOTION IN PART

**AND NOW**, upon consideration of the Motion to Appoint Victoria Workman as Next Friend and Waive Financial Management Course (doc. #35, the "Motion");

AND the Motion representing that Debtor Darlene Workman having died on January 13, 2024;

AND a hearing with regard to the Motion having been held and concluded on February 28, 2024;

AND, for the reasons discussed at the hearing, it is hereby **ordered** that:

1) The Motion is **denied** with regard to the request to appoint Victoria Workman as next friend;

2) Any further action required in this case, included but not limited to the completion of the financial management course, is hereby **waived** with regard to Debtor Darlene Washington; and

3) The case may proceed to completion with regard to Debtor Alonzo Workman.

Dated: 2/28/24

_Patricia M. Mayer_
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge