**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>    Alonzo Workman,<br>    Darlene Workman,<br><br>        Debtor. | Case No. 22-12357-pmm<br><br>Chapter 7 |

**Order Granting Debtors' Motion to Approve Next Friend**

**AND NOW**, upon consideration of the Debtors' Motion to Approve Next Friend, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. Victoria Workman is **APPROVED** as next friend for Debtor Alonzo Workman in this case for the limited purpose of attending the meeting of creditors with the Debtor.


Date: _____

_____
Patrica M. Mayer
U.S. Bankruptcy Judge