# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Alonzo Workman,<br>    Darlene Workman,<br><br>            Debtors. | Case No. 22-12357-pmm<br><br>Chapter 7 |

## Certificate of Service

    I certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

    I further certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- Debtors' Motion to Approve Next Friend

- Notice of Debtors' Motion to Approve Next Friend, Response Deadline, and Hearing Date

Date: March 8, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

PGW
Legal Dept. 4th Floor
800 W. Montgomery Avenue
Philadelphia, PA 19122

Jefferson Capital Systems LLC
PO Box 7999
St Cloud MN 56302-9617

OneMain Financial
Attn: Bankruptcy
PO Box 3251
Evansville, IN 47731

Hyundai Capital America
P.O. Box 20809
Fountain Valley, CA 92728

PECO
2301 Market Street, 04 NW
Philadelphia, PA 19101

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083-0788

Spring Oaks Capital SPV, LLC.
P. O. Box 1216
Chesapeake, VA 23327-1216

Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595