IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ALONZO WORKMAN, | : | BANKR. NO. 22-12357-pmm |
| DARLENE WORKMAN, | : | |
| | : | |
| Debtors. | : | |

**ORDER**

AND NOW, this ____ day of March 2024, upon consideration of the Debtors' Motion to Approve Next Friend and the U. S. trustee objection thereto, it is now, therefore,

ORDERED that the U. S. trustee's objection is sustained, and the relief requested in the Debtors' Motion is DENIED.

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge