IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ALONZO WORKMAN, | : | BANKR. NO. 22-12357-pmm |
| DARLENE WORKMAN, | : | |
| | : | |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

It is certified that on the 25th day of March 2024, the United States trustee's Objection to the Debtors' Motion to Approve Next Friend was caused to be served electronically via CM/ECF addressed as follows:

Michael I. Assad, Esq.  
Debtors' Counsel  
mail@cibiklaw.com

Lynn E. Feldman, Esq.  
Chapter 7 Trustee  
trustee.feldman@rcn.com

By: _/s/ Maria N. Borgesi_  
Maria N. Borgesi  
Paralegal