# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Alonzo Workman,
    Darlene Workman,

            Debtors.

Case No. 22-12357-pmm

Chapter 7

### Debtors' Motion to Waive Financial Management Course Requirement

**AND NOW**, Debtors Alonzo Workman and Darlene Workman, by and through their attorney, state as follows:

1. Debtor Alonzo Workman has fulfilled all his obligations under the bankruptcy code, except for completing a financial management course.

2. Mr. Workman is elderly and has tried his best to complete the course, but he has struggled to do so.

3. The Court should also waive Mr. Workman's obligation to complete a pre-discharge financial management course as allowed under 11 U.S.C. § 1328(g)(2).

**NOW, THEREFORE**, the Debtors ask this Court to grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.

Date: May 29, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com