**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>　　Alonzo Workman,<br>　　Darlene Workman,<br><br>　　　　　　Debtors. | Case No. 22-12357-pmm<br><br>Chapter 7 |

## Certificate of Service

　　I certify that on this date I served a true and correct copy of the Debtors' Motion to Waive Financial Management Course Requirement along with the notice on all parties on the Clerk's service list through the CM/ECF system.

Date: May 29, 2024

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com