**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Alonzo Workman,<br>Darlene Workman,<br><br>Debtor. | Case No. 22-12357-pmm<br><br>Chapter 7 |

**Order Granting Debtors' Motion to Waive Financial**
**Management Course Requirement**

**AND NOW**, upon consideration of the Debtors' Motion to Waive Financial Management Course Requirement, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor's obligation to complete a pre-discharge financial management course is **WAIVED**.

Date: **July 10, 2024**

*Patricia M. Mayer*

Patrica M. Mayer
U.S. Bankruptcy Judge