United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-12357-pmm
Alonzo Workman  Chapter 7
Darlene Workman
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Jul 15, 2024     Form ID: 318     Total Noticed: 46

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alonzo Workman, Darlene Workman, 5729 Springfield Avenue, Philadelphia, PA 19143-5225 |
| 14719499 | + | Centers for Medicare & Medicaid Services, 7500 Security Blvd., Baltimore, MD 21244-1849 |
| 14719500 | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14719510 | | Hon. Merrick B. Garland, U.S. Department of Justice (HHS), 950 Pennsylvania Avenue, NW, Washington, DC 20503-0001 |
| 14719513 | + | Jennifer Arbittier Williams, U.S. Attorney's Office (HHS), 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4404 |
| 14719514 | + | Novitas Solutions, PO Box 3385, Mechanicsburg, PA 17055-1840 |
| 14719516 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14719520 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14719525 | + | U.S. Dep't of Health and Human Services, General Counsel, 200 Independence Avenue, S.W., Washington, DC 20201-0004 |
| 14719526 | ++ | VELOCITY PORTFOLIO GROUP INC, 1800 RT 34 NORTH, BLDG 3 SUITE 305, WALL NJ 07719-9146 address filed with court:, Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34N, Suite 305, Wall, NJ 07719 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Jul 16 2024 03:50:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Jul 15 2024 23:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jul 16 2024 03:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 15 2024 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14719497 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 15 2024 23:56:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14719501 | | Email/Text: megan.harper@phila.gov | Jul 15 2024 23:56:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14739648 | | Email/Text: megan.harper@phila.gov | Jul 15 2024 23:56:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14719498 | + | EDI: CAPITALONE.COM | Jul 16 2024 03:50:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14723089 | + | EDI: AIS.COM | Jul 16 2024 03:50:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 22-12357-pmm   Doc 68   Filed 07/17/24   Entered 07/18/24 00:35:40   Desc Imaged
                              Certificate of Notice      Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 15, 2024 | Form ID: 318 | Total Noticed: 46 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14732639 | + | EDI: AIS.COM | Jul 16 2024 03:50:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14719502 | + | Email/Text: bankruptcy@philapark.org | Jul 15 2024 23:56:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14719503 | + | EDI: WFNNB.COM | Jul 16 2024 03:50:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14719504 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 16 2024 00:01:37 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14719506 | | Email/Text: bankruptcycourts@equifax.com | Jul 15 2024 23:56:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14719505 | ^ | MEBN | Jul 15 2024 23:49:33 | Edgepark, 1810 Summit Commerce Park, Twinsburg, OH 44087-2377 |
| 14719507 | ^ | MEBN | Jul 15 2024 23:49:23 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14719508 | + | EDI: BLUESTEM | Jul 16 2024 03:50:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14719509 | + | EDI: AMINFOFP.COM | Jul 16 2024 03:50:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14729604 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 15 2024 23:56:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 14719511 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 15 2024 23:56:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 14719512 | | EDI: IRS.COM | Jul 16 2024 03:50:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14727454 | | EDI: JEFFERSONCAP.COM | Jul 16 2024 03:50:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 14721474 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2024 00:01:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14719515 | + | EDI: AGFINANCE.COM | Jul 16 2024 03:50:00 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14730238 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 15 2024 23:56:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14719518 | ^ | MEBN | Jul 15 2024 23:49:30 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14734075 | | EDI: PRA.COM | Jul 16 2024 03:50:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14719517 | | Email/Text: bankruptcygroup@peco-energy.com | Jul 15 2024 23:56:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14719519 | + | Email/Text: bankruptcy@philapark.org | Jul 15 2024 23:56:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14728141 | + | EDI: JEFFERSONCAP.COM | Jul 16 2024 03:50:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14734606 | | EDI: Q3G.COM | Jul 16 2024 03:50:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14730606 | | EDI: Q3G.COM | Jul 16 2024 03:50:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14719522 | | Email/Text: bankruptcy@springoakscapital.com | Jul 15 2024 23:56:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |

| | | | | |
|---|---|---|---|---|
| 14719521 | + | Email/Text: ssa.bankruptcy@ssa.gov | Jul 15 2024 23:56:00 | Social Security Administration, 300 Spring Garden Street, Philadelphia, PA 19123-2924 |
| 14736276 | | Email/Text: bankruptcy@springoakscapital.com | Jul 15 2024 23:56:00 | Spring Oaks Capital SPV, LLC., P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 14719523 | + | EDI: SYNC | Jul 16 2024 03:50:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14719524 | | Email/Text: DASPUBREC@transunion.com | Jul 15 2024 23:56:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14719526 | | Email/Text: dispute@velocityrecoveries.com | Jul 15 2024 23:56:00 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34N, Suite 305, Wall, NJ 07719 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 17, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2024 at the address(es) listed below:

**Name** | **Email Address**

DAVE P. ADAMS
    on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

LYNN E. FELDMAN
    trustee.feldman@rcn.com lfeldman@ecf.axosfs.com

MICHAEL A. CIBIK
    on behalf of Debtor Alonzo Workman help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
    on behalf of Joint Debtor Darlene Workman help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
    on behalf of Joint Debtor Darlene Workman help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
    on behalf of Debtor Alonzo Workman help@cibiklaw.com

District/off: 0313-2      User: admin      Page 4 of 4

Date Rcvd: Jul 15, 2024      Form ID: 318      Total Noticed: 46

noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Alonzo Workman | Social Security number or ITIN  xxx–xx–2246 |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Darlene Workman | Social Security number or ITIN  xxx–xx–2128 |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   22-12357-pmm

## Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alonzo Workman

Darlene Workman
aka Darlene Shaw

7/15/24

**By the court:**   Patricia M. Mayer
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**